# MEMORANDA

WILLIAM AUGUSTUS WHITE, Respondent, *v.* GEORGE S.
WHEELER, Impleaded, etc., Appellant.

This case was argued and decided with *Terrel* v. *Wheeler*,
*ante*, page 76.

FRANK E. FLANDERS, Appellant, *v.* GEORGE W. BATTEN,
Respondent.

(Submitted June 12, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of January, 1889, which affirmed a
judgment in favor of defendant entered upon a verdict and
affirmed an order denying a motion for a new trial.

*Ransom & Joyce* for appellant.

*John E. & Cuthbert W. Pound* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.